AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ERIC LEONARD JACKSON | Case Number: 8:03-cr-449-T-24TBM |
| | USM Number: |
| DEFENDANT | Norman Cannella, Ret |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions __3,4,5,6,7,8 and 9__ of the term of supervision.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Association with persons engaged in criminal activity | 11/1/2003 |
| 4 | Failure to notify the probation officer within seventy-two hours after being arrested or question by a law enforceent officer | 11/4/2003 |
| 5 | Failure to submit written monthly report | 11/5/2003 |
| 6 | Failure to report to the probation officer as directed | 11/24/2003 |
| 7 | Alleged new criminal conduct occurring while on supervision | 6/1/2006 |
| 8 | Alleged new criminal conduct occurring while on supervision | 6/1/2006 |
| 9 | Alleged new criminal conduct occurring while on supervision | 6/1/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated conditions __1 and 2__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

NOVEMBER 30, 2006
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

11-30-2006
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __2__

DEFENDANT: Eric Leonard Jackson
CASE NUMBER: 8:03-cr-449-T-24TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) MONTHS TO RUN CONSECUTIVE TO THE SENTENCE IMPOSED IN CASE NUMBER 8:06-CR-267-T-24MAP**

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m. on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL